John Javorchik, appellee, v. McKesson-Schuh Drug Company, appellant.

Opinion filed September 19, 1932.
Denison & Spiller and Stone & Fowler, for appellant. D. L. Duty, for appellee.
Mr. Justice Fulton delivered the opinion of the court.

In re Estate of Henry (Heinrich) Albrecht, deceased.
Herbert C. Crocker, administrator de bonis non with the will annexed of the estate of Henry Albrecht, deceased, appellant, v. Herman Albrecht and Fritz Albrecht, appellees.

Opinion filed September 19, 1932.
J. F. Eeck, for appellant. Springer & Springer, for appellees.
Mr. Justice Fulton delivered the opinion of the court.